

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
WWW.FOXROTHSCHILD.COM

BRYN GOODMAN
Direct No: 212.878.7975
Email: BGoodman@FoxRothschild.com

March 20, 2023

**VIA ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Daniel Rodriguez v. ACE Data Group, LLC**
               **Case No. 1:23-cv-00014-BMC**

Dear Judge Cogan:

      We represent Defendant ACE Data Group, LLC ("Defendant") in connection with the above referenced matter and we write with Plaintiff's consent. Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 45 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

      Specifically, the parties request that the initial conference be removed from the calendar and Defendant's deadline to answer or otherwise respond to the Complaint be held in abeyance.

      Thank you for your consideration of this request.

                                          Respectfully submitted,
                                          */s/ Bryn Goodman*

cc:  All Parties (via ECF)